No. 17,511.

THE DENCO REALTY COMPANY, ETC. *v.* JOE PANEK, JR.
(283 P. [2d] 1085)

Decided May 23, 1955.

Mr. H GORDON HOWARD, for plaintiff in error.

Mr. E. F. RIGGS, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.